**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>      **v.**<br><br>**WILLIAM M BAXTER,**<br><br>           **Defendants.** | **Case No.   CR05-5181**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, CPT KENNETH TYNDAL.

The defendant appears personally and represented by counsel, COLIN FIEMAN.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge KAREN L STROMBOM:

>   *Date of hearing:*       **JANUARY 9, 2006**
>
>   *Time of hearing:*       **2:00 PM**

**IT IS ORDERED** that the defendant:

( X )   Be released subject to the terms and conditions of probation.  Testing and reporting requirements to be re-established with probation this date

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              **December 27, 2005.**


                              *s/ J. Kelley Arnold*
                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1